Frederick Foxall, Respondent, v. Union Mill Company, Appellant.— Motion for stay denied, and temporary stay vacated, without costs. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

In the Matter of the Application of William P. Brown and Others for the Removal from Office of Charles F. Storms, President of the Village of Dobbs Ferry, and John H. Hill, Trustee of the Village of Dobbs Ferry.— Final order signed. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of the New York and North Shore Traction Company for the Appointment of Three Commissioners, etc., to Determine Whether a Street Surface Railroad Ought to Be Constructed on Certain Streets in the Third Ward of the Borough of Queens, New York City.— Motion for the appointment of commissioners granted, and Paul Grout, Esq., Howard C. Lake, Esq., and William J. Bolger, Esq., appointed commissioners, without prejudice to an action to enjoin the construction and operation of the railroad, if such construction and operation are in violation of the provisions of any existing statute. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Charles P. Notman and David H. E. Jones, Appellants, v. Galveston Steamship Company, etc., Respondent.— Motion denied. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.

Cross, Austin & Ireland Lumber Company, Respondent, v. Walter J. Etherington, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Morris Dick, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Irene Dominge, Appellant, v. Charles C. Dominge, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Marianne Dupont, Respondent, v. The Village of Port Chester, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Thomas, Rich and Carr, JJ., concurred; Burr, J., dissented for the reason that the accident happened upon a sidewalk, and, therefore, defendant's liability was not established. (See *Brennan* v. *City of New York*, 130 App. Div. 267.)

Steve A. Gordon, Respondent, v. Julius Zancig, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

John J. Guinan, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Henry S. Hansen, an Infant, by John Olsen, His Guardian ad Litem, Respondent, v. John Caulfield, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ.

Georgiana Hare, Respondent, v. Frederick Figge Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the record does not disclose evidence sufficient to